# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 67

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| JOSEAN CYRISTMAS KINARD. ) | |
| ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw as Defendant's Counsel (#14) filed by J. Frank Lay, II. It appears that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Defendant's Counsel (#14) is **ALLOWED** and J. Frank Lay, II is allowed to withdraw as counsel of record for the Defendant in this matter.

Signed: June 20, 2017

Dennis L. Howell
United States Magistrate Judge

1